1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO DOMINGUEZ,          )         No. C 11-6309 RMW (PR)
                              )
         Petitioner,          )         JUDGMENT
                              )
   v.                         )
                              )
MATTHEW CATE,                 )
                              )
         Respondent.          )
                              )

    The court has dismissed the instant petition for writ of habeas corpus without prejudice. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

    IT IS SO ORDERED.

DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\PRO-SE\SJ.Rmw\HC.11\Dominguez309jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO DOMINGUEZ,

    Plaintiff,

  v.

MATTHEW CATE et al,

    Defendant.

Case Number: CV11-06309 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Francisco Dominguez F-22191
Sierra Conservation Center
5150 O'Byrnes Ferry Road
Jamestown, CA 95327-9102

Dated: March 6, 2012

    Richard W. Wieking, Clerk
    By: Jackie Lynn Garcia, Deputy Clerk